KYLE A. KINNEY, (Bar No. 027189)
**LAW OFFICES OF KYLE A. KINNEY, PLLC**
1717 N. 77th St., Suite 6
Scottsdale, AZ 85257
Phone: (480) 269-7077
Fax: (480) 614-9414

Email: kyle@kinneylaw.net

*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:**<br><br>**MARCIE GOLDSTEIN,**<br><br>   **Debtor.** | **Chapter 13**<br><br>**Case No. 2:12-bk-22669-GBN**<br><br>**MOTION TO REOPEN CASE** |

Pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, the Debtor moves to reopen this case for limited purpose of filing the certification of completion of an approved instructional course concerning personal financial management, and entering a discharge order.

1. On October 16, 2012, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On March 6, 2018, this case was closed without entry of a discharge because the Debtor failed to file her certificate of completion of an approved instructional course concerning personal financial management and file the Certificate of Eligibility for Chapter 13 Discharge.

3. The Debtor has since filed the certificate of completion and the Certificate of Eligibility for Chapter 13 Discharge.

Wherefore, the Debtor requests that this Court reopen the case so that the discharge may be entered.

/ / /

**RESPECTFULLY SUBMITTED** March 18, 2018

                         **LAW OFFICES OF KYLE A. KINNEY, PLLC**

                         By:    /s/ Kyle A. Kinney
                                  Kyle A. Kinney (027189)
                                  Attorney for Debtor

ORIGINAL of the foregoing
Efiled with copies being mailed
on March 18, 2018, or electronically
sent where indicated* to the following:

U.S. Trustee
Office Of The U.S. Trustee
230 North First Ave. #204
Phoenix, AZ 85003

Russell Brown
Suite 800
3838 N. Central Ave
Phoenix, AZ 85012

Marcie Goldstein*
kreditvixen@cox.net

By: */s/Paula D. Hillock*